UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELLENSBURG SCHOOL DISTRICT,<br><br>            Appellant,<br><br>    v.<br><br>ROB AND GAYLENE FRASER,<br><br>            Respondents. | NO. CV-10-3007-EFS<br><br>**ORDER DISMISSING MATTER FOR FAILURE TO PROSECUTE** |

On February 26, 2010, Appellant Ellensburg School District filed a Notice of Appeal from an administrative action. ECF No. 1. On May 3, 2011, the Court ordered Appellant to show cause why this matter should not be dismissed for failure to prosecute. ECF No. 4. On May 16, 2011, mail sent to Appellant's counsel Brenda Joyce Little was returned as undeliverable. ECF No. 5. Since that date, nothing has been filed. A plaintiff in a civil action has an affirmative duty to prosecute its case. Fed. R. Civ. P. 41(b). Failure to prosecute is grounds for dismissal. *Id.*

Because Appellant failed to prosecute this matter and keep the Court apprised of its current address, **IT IS HEREBY ORDERED:**

1. This matter is **DISMISSED without prejudice**.

//

/

ORDER ~ 1

2. All pending motions are **DENIED** as moot and all hearings are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel and to Appellant at the following address:

> Business Office
> Ellensburg School District
> 1300 East Third Avenue
> Ellensburg, WA 98926

**DATED** this  18th    day of June 2012.

                    s/Edward F. Shea
                    EDWARD F. SHEA
              Senior United States District Judge

Q:\Civil\2010\3007.dismiss.lc2.wpd

ORDER ~ 2